# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 129 WM 2016
:
           Respondent : 
:
:
:
         v. :
:
:
DESHAWN LEAL PETERS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.